*E-FILED - 12/22/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDY DEMETRIUS CHADWICK ) | No. C 08-5403 RMW (PR) |
| Plaintiff, ) | ORDER OF TRANSFER |
| vs. ) | |
| ) | (Docket No. 2) |
| CMC EAST PRISON, et al., ) | |
| Defendants. ) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against the California Men's Colony East Prison, Dr. Scott, Dr. Corral, and Dr. Fishback. The acts complained of occurred in San Luis Obispo and the defendant is located in San Luis Obispo, which lies within the venue of the Central District of California. Therefore, venue properly lies in the Central District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's pending motion to proceed in forma pauperis (docket no. 2). The clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: 12/22/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.Rmw\CR.08\Chadwick403trans.wpd